ESTELLE M. SHAPIRO, Appellant, v. GEORGE F. SHAPIRO, Respondent.— Appeal by plaintiff from so much of an order as fined the defendant for contempt for failure to pay alimony under a judgment of divorce and as amended the judgment by reducing the amount of alimony to be paid. Order, insofar as appealed from, affirmed, without costs. No opinion. Nolan, P. J., MacCrate, Schmidt, Murphy and Ughetta, JJ., concur.

■

WILLIAM E. SLATER, Respondent, v. CARL KNUDSEN et al., Appellants.— In an action to recover a broker's commission for procuring a purchaser of certain real property of defendants, judgment of the City Court of Yonkers, unanimously affirmed, without costs. No opinion. Present — Nolan, P. J., MacCrate, Beldock, Murphy and Ughetta, JJ.

## (May 25, 1955.)

■

In the Matter of the Application of INTER-CITY ASSOCIATES, INC., Appellant, to Quash Subpœna Duces Tecum in a Proceeding Entitled THE PEOPLE OF THE STATE OF NEW YORK v. JOHN DOE. THE PEOPLE OF THE STATE OF NEW YORK, Respondent.— Appeal by petitioner from an order of the Supreme Court, Queens County, denying its petition to vacate, quash or modify a subpœna duces tecum issued by the District Attorney of Queens County, returnable before a grand jury which had been drawn for the County Court of Queens County, and directing petitioner to comply with the subpœna to the extent and in the manner set forth in said order. Appeal dismissed. (*Matter of Turecamo Contr. Co.*, 260 App. Div. 253; Code Crim. Pro., § 517.) If this court had jurisdiction to entertain the appeal on the merits, it would affirm the order. Nolan, P. J., Wenzel, Schmidt, Murphy and Ughetta, JJ., concur.

## (May 31, 1955.)

■

In the Matter of the Accounting of TITLE GUARANTEE AND TRUST COMPANY, as Successor Trustee under the Will of FRIEDRICH J. W. BURSCH, Deceased, Respondent. In the Matter of the Construction of the Will of FRIEDRICH J. W. BURSCH, Deceased. ROBERT W. DENNIS, Appellant; ANNIE E. B. SCHRADIECK et al., Respondents.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Wenzel, Schmidt, Murphy and Ughetta, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied, without costs. Present — MacCrate, Acting P. J., Schmidt, Beldock, Murphy and Ughetta, JJ. [See *ante,* p. 1072.]